467 A.2d 50

Kopp v. Miller.

Appeal of: Joseph R. Thompson.

Argued May 13, 1983. Joanne R. Jenkins, for appellant; Jeffrey Ted Sultanik, for Kopp, appellee; Catherine Guido for Miller, appellee; Richard R. High, for Tonco, appellee.

Before WICKERSHAM, WATKINS and MONTGOMERY, JJ.

Order affirmed.